THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO SAUCEDA, and MICHAEL SIZEMORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | CASE NO. C22-0338-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Finding good cause, the Court GRANTS the parties' stipulated motion for an extension of time (Dkt. No. 14). Accordingly, as agreed to by the parties:

1. Plaintiffs will have 30 days from service of Amazon's response to the California Consumer Legal Remedies Act ("CLRA") Demand to file an amended complaint to add a request for monetary damages under the CLRA.

2. Amazon will have 30 days from the filing of any amended complaint to answer or otherwise respond to that amended complaint.

3. If Plaintiffs do not file an amended complaint, Amazon shall have thirty (30) days from the expiration of the time for Plaintiffs to file an amended complaint to answer

1 the complaint.

2 DATED this 29th day of April 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk