THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ARTURO SAUCEDA, and MICHAEL SIZEMORE, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

AMAZON.COM, INC.,

Defendant.

Case No. 2-22-cv-00338-JCC

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

The Parties' Stipulated Motion for Extension of Time is GRANTED. Accordingly:

1.      The deadline for Plaintiffs to file their Amended Complaint is July 20, 2022.

2.      Defendant shall file its Motion to Dismiss or otherwise respond to the Amended Complaint by August 19, 2022.

3.      Plaintiffs shall file their Opposition to the anticipated Motion to Dismiss by September 19, 2022.

4.      Defendant shall file its Reply in Support of its Motion to Dismiss by October 3, 2022.

//

//

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME- 1
Case No. 2-22-cv-00338-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2

3        It is so ORDERED this 17th day of June 2022.

4

5

6

7        John C. Coughenour
         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME- 2
Case No. 2-22-cv-00338-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2    Presented by:

3    TERRELL MARSHALL LAW GROUP PLLC              K&L GATES LLP

4
     By:  /s/ Beth E. Terrell, WSBA #26759          By: /s/ David A. Bateman, WSBA # 14262
5        Beth E. Terrell, WSBA #26759                  David A. Bateman, WSBA # 14262
         Email: bterrell@terrellmarshall.com           Email: david.bateman@klgates.com
6        Blythe H. Chandler, WSBA #43387          By: /s/ Ruby A. Nagamine, WSBA # 55620
7        Email: bchandler@terrellmarshall.com         Ruby A. Nagamine, WSBA # 55620
         936 North 34th Street, Suite 300              Email: ruby.nagamine@klgates.com
8        Seattle, WA 98103-8869                        925 Fourth Avenue, Suite 2900
         Telephone: (206) 816-6603                     Seattle, WA 98104-1158
9        Facsimile: (206) 319-5450                     Telephone: (206) 623-7580
                                                       Facsimile: (206) 623-7022
10
         Lori G. Feldman, WSBA #29096
11       Email: lfeldman@4-justice.com                 Jennifer J. Nagle, *Admitted Pro Hac Vice*
         GEORGE GESTEN MCDONALD, PLLC                  Email: jennifer.nagle@klgates.com
12       102 Half Moon Bay Drive                       Robert W. Sparkes, III,
13       Croton-on-Hudson, NY 10520                    *Admitted Pro Hac Vice*
         Telephone: (833) 346-3587                     Email: Robert.sparkes@klgates.com
14                                                     Michael R. Creta *Admitted Pro Hac Vice*
         Kevin Laukaitis, *Admitted Pro Hac Vice*     Email: Michael.creta@klgates.com
15       Email: klaukaitis@shublawyers.com             K&L GATES LLP
16       SHUB LAW FIRM LLC                             State Street Financial Center
         134 Kings Highway East, 2nd Floor             One Lincoln Street
17       Haddonfield, NJ 08033                         Boston, MA 02111
18       Telephone: (856) 772-7200                     Telephone: (617) 261-3100
         Facsimile: (856) 210-9088                     Facsimile: (617) 261-3175
19
         Gary E. Mason, *Admitted Pro Hac Vice*    *Attorneys for Defendant Amazon.Com, Inc.*
20       Email: gmason@masonllp.com
21       MASON LLP
         5101 Wisconsin Avenue NW, Suite 305
22       Washington, DC 20016
         Telephone: (202) 640-1168
23       Facsimile: (202) 429-2294
24   *Attorneys for the Plaintiffs and the Proposed
     Classes*
25

26

27

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME- 3
Case No. 2-22-cv-00338-JCC