THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARTURO SAUCEDA, and MICHAEL SIZEMORE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>  vs.<br><br>AMAZON.COM, INC.,<br><br>                Defendant. | Case No. 2:22-cv-00338-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME |

The Parties' Stipulated Motion for Extension of Time is GRANTED. Accordingly:

1. The deadline for Plaintiffs to file their Amended Complaint is September 6, 2022.

2. Defendant shall file its Motion to Dismiss or otherwise respond to the Amended Complaint by October 6, 2022.

3. Plaintiffs shall file their Opposition to the anticipated Motion to Dismiss by November 6, 2022.

4. Defendant shall file its Reply in Support of its Motion to Dismiss by November 21, 2022.

5. The Initial Case Management Deadlines, set forth in the Court's April 28, 2022 Minute Entry Setting Initial Case Management Dates (Dkt. No. 21), are extended as follows:

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 1
Case No. 2:22-cv-00338-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

a. The Parties will confer pursuant to Fed. R. Civ. P. 26(f) within twenty-one (21) days of the filing of Amazon's answer to Plaintiffs' Amended Complaint or any subsequent amended complaint that Plaintiffs may file;

b. Unless otherwise agreed, the Parties will exchange Initial Disclosure Statements pursuant to Fed. R. Civ. P. 26(a)(1) within fourteen (14) days of the Parties' Rule 26(f) conference; and

c. The Parties will file a Joint Status Report as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) within twenty-eight (28) days of the Parties' Rule 26(f) conference.

DATED this 19th day of July, 2022.

_____
THE HONORABLE JOHN C. COUGHENOUR

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 2
Case No. 2:22-cv-00338-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com