THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARTURO SAUCEDA, and MICHAEL SIZEMORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:22-cv-00338-JCC<br><br>**NOTICE OF RELATED CASE** |

Plaintiffs Arturo Sauceda and Michael Sizemore submit this Notice of Related Case as required under Local Civil Rule 3(g). Plaintiffs believe that the following cases pending in the United States District Court for the Western District of Washington satisfy the criteria for relatedness set out in Local Civil Rule 3(g):

| **Case Caption** | **Case Number** | **Presiding Judge** |
|---|---|---|
| *Sherri Pettis v. Amazon.com, Inc., et al.* | 2:22-cv-01115 | Not assigned yet |

//
//
//
//
//

NOTICE OF RELATED CASE - 1
Case No. 2:22-cv-00338-JCC

1  RESPECTFULLY SUBMITTED AND DATED this 10th day of August, 2022.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Lori G. Feldman, WSBA #29096
Email: lfeldman@4-justice.com
GEORGE GESTEN MCDONALD, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (833) 346-3587

Kevin Laukaitis, *Admitted Pro Hac Vice*
Email: klaukaitis@shublawyers.com
Jonathan Shub, *Pro Hac Vice Forthcoming*
Email: jshub@shublawyers.com
SHUB LAW FIRM LLC
134 Kings Highway East, 2nd Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088

Gary E. Mason, *Admitted Pro Hac Vice*
Email: gmason@masonllp.com
MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: (202) 640-1168
Facsimile: (202) 429-2294

*Attorneys for the Plaintiffs and the Proposed Classes*

NOTICE OF RELATED CASE - 2
Case No. 2:22-cv-00338-JCC