The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARTURO SAUCEDA, and MICHAEL SIZEMORE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>                    Defendant. | No. 2:22-cv-00338-JCC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>NOTING DATE:  December 21, 2022 |

**STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Arturo Sauceda and Michael Sizemore and Defendant Amazon.com, Inc. (collectively, the "Parties") hereby stipulate and agree that Plaintiffs' claims in the above-captioned matter are DISMISSED WITH PREJUDICE.  Each Party shall bear his, their, or its own costs and expenses, including attorneys' fees, except as otherwise agreed to by the Parties.  Each Party also waives any and all rights of appeal.

AGREED AND STIPULATED.

STIPULATION OF DISMISSAL - 1
CASE NUMBER 2:22-CV-00338

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE  +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

| | | |
|---|---|---|
| 1 | DATED:  December 21, 2022 | DATED:  December 21, 2022 |
| 2 | TERRELL MARSHALL LAW GROUP PLLC | K&L GATES LLP |
| 3 | | |
| 4 | By: *Beth E. Terrell* | By: *David A. Bateman* |
| 5 |     Beth E. Terrell, WSBA #26759 |     David A. Bateman, WSBA # 14262 |
| 6 |     TERRELL MARSHALL LAW GROUP PLLC | By: *Ruby A. Nagamine* |
| 7 |     936 North 34th Street, Suite 300 |     Ruby A. Nagamine, WSBA # 55620 |
| |     Seattle, Washington 98103-8869 |     K&L Gates LLP |

DATED:  December 21, 2022

TERRELL MARSHALL LAW GROUP PLLC


By: *Beth E. Terrell*
    Beth E. Terrell, WSBA #26759
    TERRELL MARSHALL LAW
    GROUP PLLC
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450
    Email:  bterrell@terrellmarshall.com

Kevin Laukaitis, *Admitted Pro Hac Vice*
Jonathan Shub, *Pro Hac Vice Forthcoming*
SHUB LAW FIRM LLC
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
Email:  jshub@shublawyers.com
Email:  klaukaitis@shublawyers.com

Gary E. Mason, *Pro Hac Vice*
MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Tel: 202-640-1168
Fax: 202-429-2294
Email:  gmason@masonllp.com

L. Timothy Fisher, *Pro Hac Vice Forthcoming*
Sean L. Litteral, *Pro Hac Vice Forthcoming*
BURSOR & FISHER, P.A.
1990 North California Blvd, Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
Email:  ltfisher@bursor.com
Email:  slliteral@bursor.com


DATED:  December 21, 2022

K&L GATES LLP


By: *David A. Bateman*
    David A. Bateman, WSBA # 14262
By: *Ruby A. Nagamine*
    Ruby A. Nagamine, WSBA # 55620
    K&L Gates LLP
    925 Fourth Avenue, Suite 2900
    Seattle, Washington  98104-1158
    Tel: +1 206 623 7580
    Fax: +1 206 623 7022
    Email:  david.bateman@klgates.com
    Email:  ruby.nagamine@klgates.com

Jennifer J. Nagle, *Pro Hac Vice*
Robert W. Sparkes, III,  *Pro Hac Vice*
Michael R. Creta, *Pro Hac Vice*
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: +1 617 261 3100
Fax: +1 617 261 3175
Email:  jennifer.nagle@klgates.com
Email:  Robert.sparkes@klgates.com
Email:  Michael.creta@klgates.com

Attorneys for Defendant
AMAZON.COM, INC.

STIPULATION OF DISMISSAL - 2
CASE NUMBER 2:22-CV-00338

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  Lori G. Feldman, WSBA #29096
   GEORGE GESTEN MCDONALD, PLLC
2  102 Half Moon Bay Drive
   Croton-on-Hudson, NY 10520
3  Tel: (833) 346-3587
4  Email:  lfeldman@4-justice.com

5  Janine L. Pollack, *Pro Hac Vice Forthcoming*
   CALCATTERA POLLACK LLP
6  1140 Avenue of the Americas, 9th Floor
   New York, NY 10036
7  Tel: (212) 899-1765
   Fax: (332) 206-2073
8  Email:  jpollack@calcaterrapollack.com

9
   Attorneys for
10 PLAINTIFFS AND THE PROPOSED CLASSES

STIPULATION OF DISMISSAL - 3
CASE NUMBER 2:22-CV-00338

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022