The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARTURO SAUCEDA, and MICHAEL SIZEMORE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　　　　　　Defendant. | No. 2:22-cv-0338-JCC<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>[~~PROPOSED~~]<br><br>NOTING DATE: December 21, 2022 |

### ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Parties' Stipulation of Dismissal with Prejudice, all claims asserted by Plaintiffs Arturo Sauceda and Michael Sizemore in the above-captioned matter are hereby DISMISSED WITH PREJUDICE, and without an award of fees, costs, or expenses to either party.

SO ORDERED.

DATED this 22nd day of December, 2022.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION OF DISMISSAL - 1
CASE NUMBER 2:22-CV-00338

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE  +1 206 623 7580
FACSIMILE: +1 206 623 7022