# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO SAUCEDA, *et al.*,<br><br>               Plaintiffs,<br>   v.<br><br>AMAZON.COM INC,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-0338-JCC |

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_  **Decision by Court**. This action came to consideration before the Court. A decision has been rendered.

THE COURT ORDERS THAT:

This action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

      DATED this 22nd day of December 2022.

                        RAVI SUBRAMANIAN
                        Clerk of Court

                        /s/ *Sandra Rawski*
                        Deputy Clerk